IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| F.W.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>　　　　Defendants. | Civil Action No. 1:25-CV-_____ |

**ORDER**

This Court, having considered the *ex parte* Motion by Plaintiff F.W., for a temporary restraining order including asset restraint, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED. It is further

ORDERED that Defendants identified in Schedule A to the Verified Complaint are temporarily enjoined and restrained from distributing, marketing, advertising, offering for sale, or selling any Accused Product as defined in the Verified Complaint.

It is further

ORDERED that Amazon.com shall freeze all accounts and accused products associated with Defendants identified in Schedule A to the Verified Complaint and restrain and enjoin the transfer of any monies held in such accounts by any party until further ordered by this Court.

_____

UNITED STATES DISTRICT JUDGE

_____, Virginia
_____, 2025