IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| F.W., <br><br> Plaintiff, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants | Civil Action No. 1:25-CV-_____ |

### NOTICE OF WAIVER OF HEARING

Plaintiff F.W. hereby waives a hearing for its e*x parte* Motion for Service of the Complaint by Email and requests the Court decide the matter on the papers.

Date: December 24, 2025

Respectfully submitted,

     /s/    Erik N. Lund
Erik N. Lund
elund@dnlzito.com
Joseph J. Zito (*pro hac pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
Robert B. Cadle (*pro hac pending*)
rcadle@dnlzito.com
Tel. (202) 763-5086

DNL ZITO
1250 Connecticut Avenue, NW
Ste. 700
Washington, DC 20036
*Attorneys for Plaintiff*

1